| Debtor name | Shift Technologies, Inc. |
|---|---|
| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | |
| Case No. (If known) | 23-30687 |

Check if this is an amended filing ☐

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 35 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 35 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Bank National Association, As Trustee<br>Attn: Global Corporate Trust<br>190 S Lasalle<br>Chicago, IL 60603 | c/o Foley & Lardner LLP<br>Mark L Radtke<br>321 N Clark St, Ste 3000<br>Chicago, IL 60654<br>Tel: 312-832-4966<br>Email: mradtke@foley.com | Convertible Notes | | | | $150,000,000.00 |
| 2 | Sbll Holdco, Inc<br>aka Sb Ll Holdco, Inc<br>Attn: SBGI Corporate Legal<br>1 Circle Star Way<br>San Carlos, CA 94070 | c/o Morrison & Foerster LLP<br>Adam A Lewis<br>425 Market St<br>San Francisco, CA 94105-2482<br>Tel: 415- 268-7232<br>Email: sbgi-notice@softbank.com;<br>alewis@mofo.com | Senior Notes | | | | $20,000,000.00 |
| 3 | Stifel, Nicolaus & Co, Inc<br>c/o Gordon & Rees LLP<br>Attn: Mark A Beckman<br>1 Battery Park Plz, 23rd Fl<br>New York, NY 10004 | Mark Beckman<br>Tel: 212-269-5500<br>Email: mbeckman@grsm.com | Litigation | Contingent, Unliquidated & Disputed | | | $4,000,000.00 |
| 4 | Cynthia Stout<br>c/o Law Offices of Gerald L Marcus<br>Attn: Gerald L Marcus, T Vincent Consolo<br>24025 Park Sorrento, Ste 430<br>Calabasas, CA 91302 | Gerald L Marcus<br>Tel: 818-784-8544 | Litigation | Contingent, Unliquidated & Disputed | | | $900,000.00 |

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5  Oded Shein<br>c/o Rubin Fortunato<br>Attn: Michael Fortunato<br>1200 Liberty Ridge Dr, Ste 220<br>Wayne, PA 19087 | Michael Fortunato<br>Tel: 610-408-2005<br>Email: MFortunato@rubinfortunato.com | Severance Agreement | | | | $900,000.00 |
| 6  Jenner & Block LLP<br>353 N Clark St<br>Chicago, IL 60654-3456 | Martin Glass<br>Tel: 312-840-7539; 212-891-1672<br>Email: arremittance@jenner.com;<br>mglass@jenner.com | Professional Services | | | | $789,400.63 |
| 7  Freshfields<br>601 Lexington Ave, 31st Fl<br>New York, NY 10022 | Valerie Jacobs<br>Tel: 914-886-2699; 212-284-4926<br>Email: usbilling@freshfields.com;<br>valerie.jacob@freshfields.com | Professional Services | | | | $788,762.00 |
| 8  Google Inc<br>Dept 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | Tel: 866-954-0453 ext 8958<br>Email: collections-us@google.com | Trade Debt | | | | $736,618.34 |
| 9  Jones Lang Lasalle Brokerage, Inc<br>71700 Treasury Center<br>Chicago, IL 60694-1700 | Tel: 757-927-3897<br>Email: katie.jones@jll.com | Professional Services | | | | $715,974.14 |
| 10 Berkeley Partners Value Industrial Fund V (Op), LP<br>1111 Broadway St, Ste 1670<br>Oakland, CA 94607 | Tel: 415-295-8080 | Rent | | | | $582,282.80 |

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 Prologis Targeted US Logistics Fund, LP<br>1800 Wazee St, Ste 500<br>Denver, CO 80202 | Email: dlaronde@prologis.com | Rent | | | | $500,308.52 |
| 12 Prologis Mesquite, LLC (Oakland)<br>1800 Wazee St, Ste 500<br>Denver, CO 80202 | Stephen Schorr<br>Email: sschorr@prologis.com | Rent | | | | $393,827.73 |
| 13 Autotrader Sf<br>Autotrader<br>P.O. Box 932207<br>Atlanta, GA 31193 | Tel: 800-353-9350<br>Email: Debbie.Glover@autotrader.com | Trade Debt | | | | $369,406.70 |
| 14 Tesla<br>c/o Wholesale Operations Supervisor, North America Used Cars<br>Attn: Rubén Otaegui<br>3000 S Federal Hwy<br>Delray Beach, FL 33483 | Rubén Otaegui<br>Tel: 561-341-0182<br>Email: rotaegui@tesla.com | Trade Debt | | | | $314,850.00 |
| 15 Softbank Group Corp<br>1-7-1 Kaigan<br>Minato-Ku<br>Tokyo, 105-7537<br>Japan | c/o Morrison & Foerster LLP<br>Adam A Lewis<br>425 Market St<br>San Francisco, CA 94105-2482<br>Tel: 415- 268-7232<br>Email: alewis@mofo.como | Senior Debt | | | | $300,000.00 |
| 16 George Arison<br>Address Redacted | Tel: Tel Redacted<br>Email: Email Redacted | Severance Agreement | | | | $300,000.00 |

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17  Amazon Web Services, Inc  P.O. Box 81207  Seattle, WA 98108-1207 | Email: aws-receivables-support@email.amazon.com | Trade Debt | | | | $207,682.53 |
| 18  Albert & Magdalena Lao Family Trust  Attn: Albert L & Magdelena C Lao, Co-Trustees  P.O. Box 74351  Los Angeles, CA 90004-0351 | Albert Lao, Magdalena Lao  Email Redacted | Rent | | | | $197,158.00 |
| 19  Rlif West, LLC  aka Realterm Logistics Income Reit, LP  201 West St  Annapolis, MD 21401 | Email: tpalmer@realterm.com | Rent | | | | $172,365.00 |
| 20  Amb Beacon Lakes 9, LLC  Prologis Miami  1800 Wazee St, Ste 500  Denver, CO 80202 | Email: jtenenbaum@prologis.com | Rent | | | | $125,003.06 |
| 21  Hubspot, Inc  P.O. Box 419842  Boston, MA 02241 | Tel: 857-829-5778  Email: billing@hubspot.com | Trade Debt | | | | $116,807.40 |
| 22  Salesforce.com Inc  P.O. Box 203141  Dallas, TX 75320-3141 | Tel: 415-363-6450  Email: billing@salesforce.com | Trade Debt | | | | $114,782.32 |
| 23  Cartelligent  2700 Bridgeway  Sausalito, CA 94965 | Tel: 415- 331-4270; 888-427-4270 | Trade Debt | | | | $114,660.00 |

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 Kenna Kizan  Agile Recruiting  602 12 Ave SW, Ste 110  Calgary, AB T2R 1J3  Canada | Email: accounts@teamit.com | Professional Services | | | | $109,421.14 |
| 25 Oppenheimer & Co Inc  85 Broad St  New York, NY 10004 | Tel: 212-668-8000  Email: jeffrey.fahrenholz@opco.com | Professional Services | | | | $100,000.00 |
| 26 Dominion Voice & Data  711 Moorefield Park Dr  Richmond, VA 23236 | Tel: 804-271-6300  Email: inewman@dvdnetworks.com | Trade Debt | | | | $90,097.00 |
| 27 Workiva Inc  2900 University Blvd  Ames, IA 50010 | Tel: 515-817-6109  Email: ar@accounting.workiva.com | Trade Debt | | | | $78,940.87 |
| 28 Golden Parachute Tax Solutions LLC  150 JFK Pkwy  Short Hills, NJ 07078 | David Chang  Tel: 973-847-5980 | Professional Services | | | | $75,522.00 |
| 29 CarLotz Securities Litigation  c/o Kahn, Swick & Foti LLC  Attn: Kim E Miller  250 Park Ave, 7th Fl  New York, NY 10177 | Tel: (212) 696-3732  Email: kim.miller@ksfcounsel.com | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |
| 30 Kevin Engle  c/o The Vora Law Firm, PC  Attn: Nilay U Vora  201 Santa Monic Blvd, Ste 300  Santa Monica, CA 90401 | Nilay Vora  Tel: 424-258-5190 | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |