**Exhibit A**

**(Contract Rejection Schedule)**

| Lessor and Address | Identifying Information | Subject |
|---|---|---|
| Prologis Mesquite, LLC<br>3353 Gateway Blvd.<br>Fremont, CA 94538-6512<br><br>Prologis<br>1800 Wazee Street<br>Suite 500<br>Denver, Colorado 80202<br>Attn: General Counsel | 2000 Maritime Street<br>Oakland, CA | Vehicle Storage Lot |
| PRC Acquisitions, LLC.<br>631 – 4th Street NE, Unit 1<br>Washington, DC 20002<br>Attention: David Posnick | 9950 Airline Highway<br>Baton Rouge, LA | Office Building and Vehicle Storage Lot |
| BPVIF V Holdings 8, LLC<br>1 Sansome Street, Suite 1500,<br>San Francisco, CA 94104 | 7114 N Loop 1604 E<br>San Antonio, TX | Office Building and Vehicle Storage Lot |
| Cooke's 60 Land, LLC.<br>11900 Midlothian Turnpike,<br>Midlothian, VA 23113-2624 | 11944 Midlothian Tpke<br>Midlothian, VA | Office Building and Vehicle Storage Lot |
| Prologis<br>12720 Gateway Drive,<br>Suite 110<br>Tukwila, Washington 98168<br><br>Prologis<br>1800 Wazee Street<br>Suite 500<br>Denver, Colorado 80202<br>Attn: General Counsel | 4050 E Marginal Way S<br>Seattle, WA | Office Building and Vehicle Storage Lot |
| Prologis<br>12720 Gateway Drive,<br>Suite 110<br>Tukwila, Washington 98168<br><br>Prologis<br>1800 Wazee Street<br>Suite 500<br>Denver, Colorado 80202<br>Attn: General Counsel | 10610 W Sam Houston Pkwy N<br>Houston, TX | Office Building and Vehicle Storage Lot |

| | | |
|---|---|---|
| TREA 12910 Mulberry Drive LLC<br>c/o Teachers Insurance and Annuity Association<br>4675 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Attn: Asset Management | 12910 Mulberry Drive<br>Whittier, CA | Office Building and Vehicle Storage Lot |
| Prologis<br>12720 Gateway Drive,<br>Suite 110<br>Tukwila, Washington 98168<br><br>Prologis<br>1800 Wazee Street<br>Suite 500<br>Denver, Colorado 80202<br>Attn: General Counsel | 12480 NW 25th Street<br>Miami, FL | Office Building and Vehicle Storage Lot |
| Bay Street Ventures, Inc.<br>Attn: Dexter Hoffman<br>4528 Cheval Blvd.<br>Lutz, FL 33558<br><br>Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>911 Chestnut Street<br>Clearwater, FL 33756<br>Attn: Steve A. Williamson, Esq. | 801 E. Bearss Ave.<br>Tampa, FL | Assigned Lease |
| Teddy Bear Havas Motors Inc.<br>Attn: Paul P. Havas<br>310 Mill Street, Suite 219<br>Reno, NV 89502 | 7063 South Virginia St.<br>Reno, NV | Assigned Lease |
| Merritt Island OD, LLC<br>402 High Point Drive<br>Cocoa, FL 32926<br>Attn: Summit Shah<br><br>John Soileau<br>3490 North US HWY 1<br>Cocoa, FL 32926 | 1700 East Merritt Island Causeway<br>Merritt Island, FL | Assigned Lease |