

**Signed and Filed: October 9, 2023**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30687 HLB |
| | ) |
| SHIFT TECHNOLOGIES, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |

**ORDER GRANTING DEBTOR'S MOTION FOR JOINT ADMINISTRATION**

This case comes before the court on a Motion for Entry of an Order (I) Directing the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief filed by Debtor in Possession Shift Technologies, Inc. ("Shift").[1]  The Motion asks the court to jointly administer the bankruptcy cases filed by Shift and several of its affiliates.[2]

_____

[1] Dkt. 6 (the "Motion").

[2] In re Shift Technologies, Inc., Ch. 11 Case No. 23-30687 (the "Lead Case"); In re Shift Platform, Inc., Ch. 11 Case No. 23-30688; In re Shift Finance LLC, Ch. 11 Case No. 23-30689; In re Shift Operations LLC, Ch. 11 Case No. 23-30690; In re Shift Transportation LLC, Ch. 11 Case No. 23-30691; In re Shift Insurance Services LLC, Ch. 11 Case No. 23-30692; In re Shift Marketplace Holdings LLC, Ch. 11 Case No. 23-30693; In re Shift Marketplace LLC, Ch. 11 Case No. 23-30694; In re Fair Dealer Services LLC, Ch. 11 Case No. 23-30695; In re CarLotz, Inc., a Delaware corporation, Ch. 11 Case No. 23-30697; In re CarLotz Group, Inc., Ch. 11 Case No. 23-30698; In re CarLotz Nevada LLC, Ch. 11 Case No. 23-30699; In re CarLotz California LLC, Ch. 11 Case No. 30700; In re CarLotz, Inc., an Illinois corporation, Ch. 11 Case No. 23-30701; In re CarLotz Logistics LLC, Ch. 11 Case No. 23-30702; In re Orange Peel LLC, Ch. 11 Case No. 23-30703; In re Orange Grove Fleet Solutions LLC, Ch. 11 Case No. 23-30704 (with the Lead Case, the "Related Cases").

The court has reviewed the Motion, as well as the Declaration of Jason Curtis in Support of Chapter 11 Petitions and First Day Motions.[3]  Based on that analysis, the court finds the Motion well-taken and **ORDERS** as follows:

1.   The Motion is hereby **GRANTED**;

2.   Effective immediately, the Related Cases shall be jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure;

3.   All pleadings and other papers filed by any creditor or interested party shall be filed in the Lead Case.[4]  To the extent any pleading seeks relief that is not common to all related debtors, it shall clearly identify the debtor as to which relief is sought;

4.   The Clerk of Court shall enter the following electronic notation in the record of each of the Related Cases (other than the Lead Case):

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of this case with those filed by affiliated debtors.  All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Ch. 11 Case No. 23-30687 (the "Lead Case").  All creditors and other interested parties shall consult the docket of the Lead Case for all matters affecting these related cases.

5.   The last four digits of Shift's Tax Identification Number are 5852.  Creditors or interested parties searching for the tax identification numbers of any of the other related

---

[3] Dkt. 7.

[4] In re Shift Technologies, Inc., Ch. 11 Case No. 23-30687 (the "Lead Case").

debtors shall consult the docket of the particular debtor's case
or the website of the related debtors' proposed claims and
noticing agent:  https://omniagentsolutions.com/Shift.

**\*\*END OF ORDER\*\***

## Court Service List