

Entered on Docket
January 18, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 18, 2024

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30687 HLB |
| SHIFT TECHNOLOGIES, INC., | ) Chapter 11 |
| Debtor. | ) |

### ORDER REGARDING SALE PROCEDURES MOTION

This case came before the court on January 18, 2024 for a hearing on Debtors' "Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 363(f), and Fed. R. Bankr. P. 6004,(I)(A) Approving Sale Procedures; (B) Authorizing Entry into One or More Stalking Horse Agreements; and (C) Setting Sale Hearing; and (II) Authorizing Debtors to Sell Intellectual Property and Related Assets Free and Clear of Liens, Claims, Encumbrances, and Interests."[1]  The Motion drew opposition from the United States Trustee;[2] Debtors replied.[3]  Appearances were as noted on the record.

---

[1] Dkt. 309 (the "Motion").

[2] Dkt. 341.

[3] Dkt. 355.

For the reasons stated on the record, the court **ORDERS** as follows:

**1.** The Motion is **GRANTED** subject to the provisions of this order.

**2.** Debtors are authorized to sell the Assets (as defined in the Motion) in accordance with the procedures set forth in the Motion, subject to the following:

    **a.** The Bid Deadline shall be **February 1, 2024**;

    **b.** Any auction shall take place on **February 5, 2024** at **10:00 a.m. Pacific Time**, or such later time or different place as the Debtors may determine, so long as such change is communicated reasonably in advance by the Debtors to all bidders, counsel for the Official Committee of Unsecured Creditors, and other invitees.

    **c.** The court will convene a hearing to consider approval of one or more sales of the Assets on **February 22, 2024** at **10:00 a.m.** The February 22 hearing will convene via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

    **d.** No later than **February 9, 2024**, Debtors shall file:

        **i.** One or more declarations in support of approval of the sale(s) of Assets. Such declarations shall, at a minimum, introduce asset purchase agreements, summarize the material terms of the proposed Asset sale(s), and introduce

evidence sufficient to support a finding of good faith under 11 U.S.C. § 363(m).

  **ii.** A Notice of Sale Hearing, which shall set forth the date and time of the February 22 hearing, shall include the language required by the Procedures for Noticing and Conducting Hearings in the San Francisco Division, and shall advise that: **(aa)** any objections to approval of the Asset sale(s) must be filed no later than February 15, 2024, not exceed 10 pages, absent prior leave of court; **and (bb)** in the absence of timely objections to the Asset sale(s), the court might approve the sale(s) without a hearing.

 **e.** No later than **February 12, 2024**, Debtors shall file a certificate of service with respect to the materials described in paragraph 2(d), above.  Service may be accomplished by email, facsimile, or first class mail.

 **3.** Any unexcused failure to timely comply with this order might result in vacatur of the February 22, 2024 hearing.

**\*\*END OF ORDER\*\***

## Court Service List

[None]