**Exhibit A**

**(Rejection Schedule)**

| Non-Debtor Party and Address | Identifying Information[1] | Subject | Rejection Date |
|---|---|---|---|
| *LEASES* | | | |
| HK Logistics, LLC and HK Trans, LLC<br>12910 Mulberry Drive, Whittier, CA 90602 | Sublease for a Single Sublessee dated May 2, 2023 | Subleased Office Space | October 9, 2023 |
| Palletized, LLC<br>12480 NW 25th Street, Suite #115<br>Miami, FL 33182<br>Attn: Guillermo Tillero | Sublease dated February 2, 2023 | Subleased Office Space | October 31, 2023 |
| *CONTRACTS* | | | |
| 700 Credit, LLC<br>31440 Northwestern Highway, Suite 250<br>Farmington Hills, MI 48334<br>Attn: Managing Director (Kenneth Hill) | Services Agreement | Credit Reporting Services | December 29, 2023 |
| ACV Auctions, Inc.<br>640 Ellicott St #321<br>Buffalo, NY 14203 | N/A | Auction House | December 29, 2023 |
| ALLDATA<br>9650 West Taron Drive, Ste 100<br>Elk Grove, CA 95757 | N/A | Software | December 29, 2023 |
| AMT (AutoMobile Technologies Inc)<br>5001 Birch Street<br>Newport Beach, CA 92660 | N/A | Software | December 29, 2023 |
| Amplitude<br>631 Howard Street, Floor 5<br>San Francisco, CA 94105 | Quote Number: Q-13155 | Software | December 29, 2023 |
| Audatex<br>PO Box 854215<br>Minneapolis, MN 55485-4215<br><br>Audatex<br>1500 Solana Blvd.<br>Bldg. 6, Suite 6300<br>Westlake, TX 76262 | N/A | Software | December 29, 2023 |

---

[1] Leases or Contracts where no written agreement exists or where the Debtors, after searching their records, have been unable to locate a copy of the written agreement have been marked "N/A".

| Non-Debtor Party and Address | Identifying Information[1] | Subject | Rejection Date |
|---|---|---|---|
| Bank of America<br>9000 Southside Blvd<br>FL9-200-05-04<br>Jacksonville, FL 32256<br>Attn: Retail Corporate Service | Retail Dealer Agreement | F&I | December 29, 2023 |
| Boost Acquisition<br>591 Camino De la Reina<br>San Diego, CA 92108 | N/A | Marketing | December 29, 2023 |
| Consumer Portfolio Services<br>19500 Jamboree Road<br>Irvine, CA 92612 | Automobile Dealer Agreement dated March 1, 2023 | F&I | December 29, 2023 |
| Cox Automotive, Inc. f/k/a Autotrader | Master Subscription Terms Dated June 27, 2019 | Operations | December 29, 2023 |
| Cox Lot Vision<br>P. O. Box 935634<br>Atlanta, GA 31193-5634<br><br>Cox Lot Vision<br>6205-B Peachtree Dunwoody Rd. Atlanta, GA 30328 | N/A | Operations | December 29, 2023 |
| Craigslist<br>3031 Tisch Way Suite 900<br>San Jose, CA 95128 | TapClassifieds Auto, Inc. | Marketing | December 29, 2023 |
| CUDL<br>2855 East Guasti Road, Suite 500 Ontario, CA 91761-7697<br>Attn: Patrick Van Aarle | CU Direct Corporation Dealer Agreement dated March 3, 2022 | F&I | December 29, 2023 |
| Danny's Detail<br>3502 S Susan Street<br>Santa Ana, CA 92704 | (The Ding Doctor, Inc.) Invoice Number: 06/30/2023_DannysDetail_Oak_BIN_TD | Reconditioning | December 29, 2023 |
| Dominion Voice and Data<br>711 Moorefield Park Drive Sui<br>Richmond, CA 23236 | N/A | Telephone | December 29, 2023 |
| Epicore<br>P.O. Box 204768<br>Dallas, TX 75320-4768<br><br>Epicore<br>807 Las Cimas Pkwy,<br>Austin, TX 78746 | N/A | Software | December 29, 2023 |
| Equifax<br>4076 Paysphere Circle<br>Chicago, IL 60674-4076<br>Attn: Nathasha Castro | N/A | Software | December 29, 2023 |

| Non-Debtor Party and Address | Identifying Information[1] | Subject | Rejection Date |
|---|---|---|---|
| Global Lending Services, LLC<br>P.O. Box 970<br>Wilmington, OH 45177<br><br>Global Lending Services, LLC<br>1200 Brookfield Blvd., Suite 300<br>Greenville, SC 29607 | Dealer Agreement dated on or about July 24, 2023 | F&I | December 29, 2023 |
| iCloudAuthority, Inc.<br>2528 Nicklaus Court<br>Burlington, ON L7M4V1, Canada | Software License Agreement dated January 29, 2018 | Software | December 29, 2023 |
| Indeed<br>177 Broad St 4th FL<br>Stamford, CT 06901<br><br>Indeed<br>Austin Indeed Tower (HQ)<br>200 West 6th Street<br>Floor 36<br>Austin, TX, 78701 | N/A | Recruiting | December 29, 2023 |
| KPA Services<br>PO Box 83301<br>Woburn, MA 01813-3301<br><br>KPA Services<br>11080 Circle Point Road, Suite 200<br>Westminster, CO 80021 | N/A | Operations | December 29, 2023 |
| Lendbuzz<br>100 Summer Street, Suite 3150<br>Boston, MA 02110 | Dealer Agreement dated August 1, 2023 | F&I | December 29, 2023 |
| Highline Sale Investor Group, LLC d/b/a Monroneylabels.com<br>151 Crosstree Dr<br>Hilton Head Island, SC, 29926-1248 | Invoice No. 8DE7EBC0061 | Operations | December 29, 2023 |
| Platt Security Systems<br>3275 E Grand Street, Suite B<br>Signal Hill, CA<br>Attn: Priscilla Stovall | N/A | Security | December 29, 2023 |
| Prestige<br>351 West Opportunity Way<br>Draper, UT 84020 | Dealer Agreement Dated July 18, 2023 | F&I | December 29, 2023 |
| RecovR<br>5090 N 40th Street, Suite 450<br>Phoenix, AZ 85018 | Recovr Vehicle Location and Theft Device Agreement | Software | December 29, 2023 |

| **Non-Debtor Party and Address** | **Identifying Information**[1] | **Subject** | **Rejection Date** |
|---|---|---|---|
| Samba Safety<br>Dept LA 24536<br>Pasadena, CA 91185-4536<br><br>Safety Holdings, Inc.:<br>5445 DTC Parkway, Suite 950<br>Greenwood Village, CO 80111 | N/A | Software | December 29, 2023 |
| Santander<br>1010 W. Mockingbird Lane, Suite 100<br>Dallas, TX 75247<br><br>SantanderUS<br>1601 Elm Street<br>Dallas, TX 75201 | Non-Recourse Master Deal Agreement | F&I | December 29, 2023 |
| Segment (Twilio)<br>101 Spear Street, Suite 500<br>San Francisco, CA 94105<br>Attn: N Micheal Raj | Master Service Agreement signed September 15, 2022 | Software | December 29, 2023 |
| Suburban Water Systems<br>1325 N. Grand Ave Suite 100<br>Covina, CA 91724 | Account Number: 006000164545 | Utilities | December 29, 2023 |
| TalkDesk<br>440 N Barranca Avenue, Suite 4375 Covina, CA 91723<br>Attn: Brandi Smith | N/A | Software | December 29, 2023 |
| Tri Signal Integration<br>28110 Avenue Stanford, Unit D<br>Santa Clarita, CA 91355 | N/A | Security | December 29, 2023 |
| TrueCar<br>DEPT LA 24198<br>Pasadena, CA 91185-4198<br><br>TrueCar, Inc.<br>1401 Ocean Avenue, Suite 200<br>Santa Monica, CA 90401 | Consolidated TrueCar Services Registration Forms | Marketing | December 29, 2023 |
| TrustPilot<br>50 West 23rd Street, Suite 1000<br>New York, NY 10010 | N/A | Marketing | December 29, 2023 |
| US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402<br>Attn: Liz Bonham | U.S. Bank Master Dealer Agreement | F&I | December 29, 2023 |

| | Non-Debtor Party and Address | Identifying Information[1] | Subject | Rejection Date |
|---|---|---|---|---|
| | vAuto<br>PO BOX 935202<br>Atlanta, GA 31193-5202<br><br>vAuto<br>3400 New Hyde Park Road<br>New Hyde Park, NY 11042-1226 | Customer Number: 72336151 | Operations (inventory software) | December 29, 2023 |
| | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | N/A | Telecommunications | December 29, 2023 |