# SCHEDULE 1

**Executory Contracts to be Assumed**

None