Entered on Docket
March 07, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 7, 2024

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30687 HLB |
| SHIFT TECHNOLOGIES, INC., | ) Chapter 11 |
| Debtor. | ) |

**ORDER DENYING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING COMBINED PLAN AND DISCLOSURE STATEMENT FOR SOLICITATION PURPOSES ONLY (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES AND (III) SETTING CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO**

This case came before the court on March 7, 2024 for a hearing on Debtors' "Motion for Entry of an Order (I) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and the Deadline for Filing Objections Thereto."[1]  The Motion drew opposition from the United States

---
[1] Dkt. 454 (the "Motion").

Trustee,[2] Cigna Health and Life Insurance Company,[3] and SB LL Holdco, Inc.[4]  Appearances were as noted on the record.

For the reasons stated on the record, the court **ORDERS** the Motion **DENIED**.

**\*\*END OF ORDER\*\***

---

[2] Dkt. 501.

[3] Dkt. 504.

[4] Dkt. 516.

**Court Service List**