| | |
|---|---|
| 1 | **KELLER BENVENUTTI KIM LLP**<br>TOBIAS S. KELLER (Cal. Bar No. 151445) |
| 2 | (tkeller@kbkllp.com)<br>JANE KIM (Cal. Bar No. 298192) |
| 3 | (jkim@kbkllp.com)<br>THOMAS B. RUPP (Cal. Bar No. 278041) |
| 4 | (trupp@kbkllp.com)<br>425 Market Street, 26th Floor |
| 5 | San Francisco, California 94105<br>Telephone: (415) 496-6723 |
| 6 | Facsimile: (650) 636-9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SHIFT TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Case No. 23-30687 (HLB) (Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 363(f), AND FED. R. BANKR. P. 6004 AND 9019 (I) APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS AND (II) AUTHORIZING COMPROMISE**<br><br>**[Related to Docket No. 606]**<br><br>Date:  June 6, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**<br>    United States Bankruptcy Court<br>    Courtroom 19, 16th Floor<br>    San Francisco, CA 94102 |

---

[1]     The last four digits of Shift Technologies, Inc.'s tax identification number are 5852.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Shift.  The Debtors' service address is P.O. Box 1664, San Bruno, CA 94066-1664.

TO: THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on October 9, 2023 (the "Petition Date"), Shift Technologies, Inc.; Shift Platform, Inc.; Shift Finance LLC; Shift Operations LLC; Shift Transportation LLC; Shift Insurance Services LLC; Shift Marketplace Holdings, LLC; Shift Marketplace, LLC; Fair Dealer Services, LLC; CarLotz, Inc., a Delaware corporation; CarLotz Group, Inc.; CarLotz Nevada, LLC; CarLotz California, LLC; CarLotz, Inc., an Illinois corporation; CarLotz Logistics, LLC; Orange Peel, LLC; and Orange Grove Fleet Solutions, LLC, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on May 16, 2024, the Debtors filed the *Motion of the Debtors for Entry of An Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 363(f), and Fed. R. Bankr. P. 6004 and 9019 (I) Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) Authorizing Compromise* [Dkt. No. 606] (the "Motion").[2] The Motion is supported by the Declarations of Ayman Moussa [Dkt. No. 607], Pat Dougherty [Dkt. No. 608], and Ken Gould [Dkt. No. 609].

PLEASE TAKE FURTHER NOTICE that the Motion seeks entry of an order, substantially in the form attached to the Motion as Exhibit A, (i) authorizing the sale of certain information technology assets of the Debtors located in Austin, Texas, (the "Assets") pursuant to the asset purchase agreement dated April 26, 2024, attached to the Motion as Exhibit B (the "Agreement"), and **free and clear of all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(f)**; (ii) authorizing the compromise and settlement payment provided in the Agreement to Babu Incorporated, d/b/a Compuzone, the entity that provided post-petition storage and care for the Assets; and (iii) granting the Debtors such other and further relief as the Court deems just and proper.

The terms of the Agreement are described in the Motion, and a brief summary of the key terms is as follows: (1) the Buyers will pay a $70,000 deposit to the Debtors, upon which they will be able to take possession of the Assets from Compuzone; (2) upon approval of the sale by the Bankruptcy Court, the Buyers will purchase the Assets and receive title to them for a purchase price of $70,000, which purchase price shall be funded in its entirety by the deposit; (3) upon approval of the sale by the Bankruptcy Court, the Debtors shall pay $30,000 to Compuzone in full satisfaction of all of its claims against the Debtors, including any claims that would be entitled to administrative priority under the Bankruptcy Code; (4) there will be a full release of all claims among the Debtors and Compuzone and the Buyers. The Debtors' estates will retain the net proceeds from the sale of $40,000.

The Assets are comprised of between 380 and 400 used Apple devices, including approximately (i) 30 iPads (2-4 years old) (ii) 30 desktop computers (more than 2 years old) (iii) 320 laptops (2-6

---

[2] Capitalized terms used but not defined in this notice shall have the meanings given to them in the Motion.

years old). All of the devices are used and without original packaging. The Debtors do not believe that any chargers or original accessories are included with the devices.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **June 6, 2024, at 10:00 a.m.** (Pacific Time), before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge. Pursuant to the *Procedures for Noticing and Conducting Hearings in the San Francisco Division of the United States Bankruptcy Court for the Northern District of California (effective September 1, 2023)*, **the hearing shall be conducted by video or teleconference, and the Courtroom will be closed.** The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(2), any objections to the relief requested in the Motion must be in writing and filed with the Bankruptcy Court and served on counsel for the Debtors at the above-captioned address so as to be received no later than **May 30**, **2024** (the "Objection Deadline"). The Bankruptcy Court may deem the failure of any party in interest to file a timely objection to constitute consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that if you do not file an objection by the Objection Deadline or in accordance with the above procedures, the Bankruptcy Court may grant the relief requested in the Motion without holding a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings referenced herein can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' claims and noticing agent, Omni Agent Solutions, Inc., at the following web address: https://omniagentsolutions.com/Shift, or by calling 888-505-9433 (toll free) for U.S. and Canada-based parties; or +1 (747) 204-5943 for International parties or by e-mail at: ShiftInquiries@omniagnt.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 16, 2024                                **KELLER BENVENUTTI KIM LLP**

                                                        By: /s/ Thomas B. Rupp

                                                            Thomas B. Rupp

                                               *Attorneys for Debtors and Debtors in Possession*