1

**<u>Exhibit A</u>**

2

**(Rejection Schedule)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Non-Debtor Party and Address | Identifying Information[2] | Subject | Rejection Date |
|---|---|---|---|
| **CONTRACTS** | | | |
| Google LLC<br>c/o James Vandermark<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103<br><br>Google LLC<br>Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | N/A (Terms of Service dated August 2021) | Google Looker (Online Subscription Services) | April 11, 2024 |
| Google LLC<br>c/o James Vandermark<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103<br><br>Google LLC<br>Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | N/A | Google Workspace (Cloud computing and storage) | April 30, 2024 |
| Google LLC<br>c/o James Vandermark<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103<br><br>Google LLC<br>Attn: General Counsel<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | N/A | Google Ads (Online advertising) | April 30, 2024 |

---

[2] Contracts where no written agreement exists or where the Debtors, after searching their records, have been unable to locate a copy of the written agreement have been marked "N/A".