**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SHIFT TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Case No. 23-30687 (HLB) (Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF (I) TENTATIVE APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND/OR CONFIRMATION OF THE PLAN; AND (IV) DEADLINE FOR VOTING ON THE PLAN**<br><br>**Confirmation Hearing:**<br><br>Date: September 26, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102 |

---

[1] The last four digits of Shift Technologies, Inc.'s tax identification number are 5852. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Shift. The Debtors' service address is P.O. Box 1664, San Bruno, CA 94066-1664.

**PLEASE TAKE NOTICE** that on October 9, 2023 (the "Petition Date"), Shift Technologies, Inc.; Shift Platform, Inc.; Shift Finance LLC; Shift Operations LLC; Shift Transportation LLC; Shift Insurance Services LLC; Shift Marketplace Holdings, LLC; Shift Marketplace, LLC; Fair Dealer Services, LLC; CarLotz, Inc., a Delaware corporation; CarLotz Group, Inc.; CarLotz Nevada, LLC; CarLotz California, LLC; CarLotz, Inc., an Illinois corporation; CarLotz Logistics, LLC; Orange Peel, LLC; and Orange Grove Fleet Solutions, LLC, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on July 16, 2024, the Debtors filed the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan dated July 16, 2024* (as may be amended or modified, the "Combined Plan and Disclosure Statement," or the "Plan" or the "Disclosure Statement" as the context requires).

**HOW TO OBTAIN A COPY OF THE COMBINED PLAN AND DISCLOSURE STATEMENT:**

**AN ELECTRONIC COPY OF THE COMBINED PLAN AND DISCLOSURE STATEMENT MAY BE FOUND AT: https://omniagentsolutions.com/Shift-Plan. IF YOU WISH TO RECEIVE A PAPER COPY OF THE COMBINED PLAN AND DISCLOSURE STATEMENT AT NO COST TO YOU, PLEASE CONTACT OMNI AGENT SOLUTIONS, INC. (THE "BALLOTING AGENT") AT THE ADDRESS BELOW.**

**PLEASE TAKE FURTHER NOTICE** that by order dated July 19, 2024 (the "Tentative Approval Order"), the Bankruptcy Court (i) tentatively approved the Disclosure Statement portion of the Combined Plan and Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code; (ii) fixed the time to submit ballots and file objections to confirmation of the Plan and/or final approval of the Disclosure Statement; and (iii) scheduled a hearing to consider confirmation of the Plan and final approval of the Disclosure Statement. The Tentative Approval Order expressly reserves the rights of all parties-in-interest to raise objections to the final approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the version of the Combined Plan and Disclosure Statement available at the link above contains a small number of ministerial changes from the version filed with the Bankruptcy Court on July 16, 2024, which reflect the fixing of dates related to the solicitation process set forth in the Tentative Approval Order.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan and Disclosure Statement contains references to a "Plan Supplement." Pursuant to the Bankruptcy Court's directions on the record at the July 18, 2024 hearing, no Plan Supplement will be filed by the Debtors. Certain documents described in the Combined Plan and Disclosure Statement have been filed, or will be filed, and can be obtained in the manner set forth in the final paragraph of this notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Tentative Approval Order, the Bankruptcy Court established **September 3, 2024** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, a ballot must be

**actually received** on or before the Voting Deadline by the Balloting Agent. Ballots may be submitted (i) electronically, by electronic mail or upload in portable document format (.pdf) or (ii) physically, by mail or by overnight delivery.

A ballot may be submitted to the Balloting Agent by mail or by overnight delivery at the following address:

Shift Technologies, Inc. Ballot Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Alternatively, ballots may be transmitted (a) by electronic mail to the Balloting Agent at: ShiftBallots@OmniAgnt.com or (b) by visiting https://omniagentsolutions.com/Shift-Ballots to upload the ballot.

**PLEASE TAKE FURTHER NOTICE** that parties that did not receive a ballot are not entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE** that if you wish to challenge the amount or classification of your claim or interest, pursuant to Federal Rule of Bankruptcy Procedure 3018(a), you must file a motion (a "Rule 3018 Motion") for an order temporarily allowing your claim in an amount for purposes of voting on the Plan and serve such motion on the Debtors no later than **August 29, 2024**, and notice it for hearing on September 26, 2024 at 10:00 a.m. (Pacific Time), pursuant to Bankruptcy Local Rule 9014-1(c)(1).

**PLEASE TAKE FURTHER NOTICE** that on **September 26, 2024, at 10:00 a.m. (Pacific Time)** a hearing will be held before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge via video or teleconference to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Confirmation Hearing"). Pursuant to the *Procedures for Noticing and Conducting Hearings in the San Francisco Division of the United States Bankruptcy Court for the Northern District of California (effective September 1, 2023)*, **the Confirmation Hearing shall be conducted by video or teleconference, and the Courtroom will be closed.** The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be adjourned from time to time, without further notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to final approval of the Disclosure Statement and/or confirmation of the Plan must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection; (d) comply with the page limits set forth in Paragraph 6 of the Tentative Approval Order, and (e) be filed with the Bankruptcy Court **no later than September 3, 2024**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Bankruptcy Rule 3017(a), requests for copies of the Combined Plan and Disclosure Statement by parties in interest may be made in writing to the Debtors' Balloting Agent by email at ShiftBallots@omniagnt.com or by telephone at 888-505-9433 (toll free) for U.S. and Canada-based parties or +1 (747) 204-5943 for International parties.

**PLEASE TAKE FURTHER NOTICE** that a copy of any other pleadings and documents referenced herein can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, or (ii) from the Balloting Agent, at the following web address: https://omniagentsolutions.com/Shift, or by calling 888-505-9433 (toll free) for U.S. and Canada-based parties; or +1 (747) 204-5943 for International parties or by e-mail at: ShiftInquiries@omniagnt.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 23, 2024                                             **KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
       Thomas B. Rupp

*Attorneys for the Debtors and Debtors in Possession*